**Order filed October 26, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00262-CR
_____

**TRUMAINE MARKE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 72609

## O R D E R

The clerk's record was filed May 12, 2015. Our review has determined that relevant items have been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's judgment of conviction or the trial court's certification of the right of appeal.

The Brazoria County District Clerk is directed to file a supplemental clerk's record on or before November 9, 2015, containing the trial court's judgment and the trial court's certification of the right of appeal.

An appeal must be dismissed if a certification showing that the defendant has the right of appeal has not been made part of the record. Tex. R. App. P. 25.2(d); *Dears*, 154 S.W.3d 610, 613 (Tex. Crim. App. 2005).

PER CURIAM